1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  12631 East Imperial Highway, Suite C-115
   Santa Fe Springs, CA 90670
3  Tel: (562)868-5886
   Fax: (562)868-5491
4  E-Mail: rohlfing.office@rohlfinglaw.com

5  Attorneys for Plaintiff
   SHARON LOUISE HENSLEY

6

7

8
                  **UNITED STATES DISTRICT COURT**
9
                  **EASTERN DISTRICT OF CALIFORNIA**
10

11
   SHARON LOUISE HENSLEY            )  Case No.: 1:14-cv-00505-SMS
12                                  )
               Plaintiff,           )  STIPULATION TO EXTEND TIME
13 v.                               )  TO FILE OPENING BRIEF; ORDER
                                    )  THEREON
14 CAROLYN W. COLVIN,[1]  Acting    )
   Commissioner of Social Security. )
15                                  )
               Defendant.           )
16                                  )
                                    )
17 _____)

18     TO THE HONORABLE SANDRA M. SNYDER, UNITED STATES

19 DISTRICT COURT, MAGISTRATE JUDGE OF THE DISTRICT COURT:

20

21

22

23

   _____

24 [1] Carolyn W. Colvin became the Acting  Commissioner of Social Security on
   February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal
   Rules of Civil Procedure, Carolyn W. Colvin should be substituted, therefore, for
25 Commissioner Michael J. Astrue as Defendant in this suit. No further action need
   be taken to continue this suit by reason of the last sentence of section 205(g) of the
26 Social Security Act, 42 U.S.C. § 405(g). For simplicity, Plaintiff will refer to the
   Acting Commissioner as the Commissioner.

                                  -1-

1    IT IS HEREBY STIPULATED by and between the parties, through their

2 respective counsel, that Plaintiff shall have a 21-day extension of time, to and

3 including December 26, 2014, in which to filing her Opening Brief.

4    This request is made at the request of Plaintiff's counsel to allow additional

5 time to fully research the issues presented.

6 DATE: December 5, 2014          Respectfully submitted,

7                                 LAWRENCE D. ROHLFING

8                                      /s/ *Lawrence D. Rohlfing*

                                 BY: _____
9                                    Lawrence D. Rohlfing
                                     Attorney for plaintiff Ms. Sharon Louise Hensley
10

11

12 DATE:  December 5, 2014         Stephanie Yonekura
                                 Acting United States Attorney
                                 LEON W. WEIDMAN
13                               Chief, Civil Division

14                                   /s/ *Ms. Carolyn B. Chen, Esq.*

15                               BY: _____
                                     Ms. Carolyn B. Chen, Esq.
16                                   Special Assistant United States Attorney
                                     Attorneys for defendant Carolyn W. Colvin
17                                   |*authorized by e-mail|

18
   IT IS SO ORDERED:
19

20 DATED:  12/9/2014          /s/ SANDRA M. SNYDER

21                           UNITED STATES MAGISTRATE JUDGE

22

23

24

25

26